IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

FEB 2 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

| | | |
|---|---|---|
| ERICA HAYWOOD, <br> INMATE NO. 933519, <br> Plaintiff, | : <br> : <br> : | MANDAMUS <br> 28 U.S.C. § 1361 |
| v. | : <br> : | CIVIL ACTION NO. <br> 1:10-CV-0039-TWT |
| STATE OF GEORGIA, <br> Defendant. | : <br> : | |

## ORDER AND OPINION

Plaintiff, currently confined at the Fulton County Jail, has submitted a pleading which the Clerk of the Court has construed as a 28 U.S.C. § 1361 petition for a writ of mandamus. (Doc. 1.) As best as can be determined, Plaintiff asks this Court to order a Texas state court to allow her to appeal a case concerning her children in federal court. (Id.)

Regardless of whether this action should be construed as a petition for a writ of mandamus, the jurisdiction of this Court only encompasses the Northern District of Georgia. This Court has no authority over any court in Texas. This action should, therefore, be dismissed.

**IT IS ORDERED** that the instant pro se petition for a writ of mandamus [Doc. 1] is **DISMISSED**, pursuant to 28 U.S.C. § 1915A. For the purpose of

dismissal only, Plaintiff's request for leave to file this action in forma pauperis [Doc. 2] is **GRANTED**.

      **IT IS SO ORDERED**, this ___1___ day of _February_, 2010.

                                     /s/ Thomas W. Thrash
                                     THOMAS W. THRASH, JR.
                                     UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)